UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**MINUTES OF PROCEEDINGS**
GRAND JURY

DATE: 9/3/25 TIME: 11:48 Am to 11:52 Am

PRESENT:

THE HONORABLE:

- ☐ NANCY J. KOPPE, U.S. Magistrate Judge
- ☒ BRENDA WEKSLER, U.S. Magistrate Judge
- ☐ DANIEL J. ALBREGTS, U.S. Magistrate Judge
- ☐ ELAYNA J. YOUCHAH, U.S. Magistrate Judge
- ☐ MAXIMILIANO D. COUVILLIER III, U.S. Magistrate Judge
- ☐ ______________________

COURTROOM ADMINISTRATOR:

- ☐ ARI C.
- ☐ JEFF M.
- ☐ ANGELA R.
- ☒ ELVIA G.
- ☐ TAWNEE R.
- ☐ CHANTAL T.
- ☐ ______________________

COURT RECORDER:

- ☒ NATASHA BACHMAN
- ☐ PHYLLIS ANDERSON
- ☐ ______________________

COURTROOM:

- ☐ 3A
- ☐ 3C
- ☒ 3B
- ☐ 3D

ASSISTANT UNITED STATES ATTORNEY: Dan Cowhig

A roll call of the Grand Jury is taken with 19 members present, which constitutes a quorum. The foreperson of the Grand Jury presents its partial report and indictments.

On the motion of the United States Attorney,

**IT IS ORDERED** that the said report and indictment(s) be filed.

**IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons be issue where indicated on the attached calendar.

**GRAND JURY CALENDAR for SEPTEMBER 3, 2025**

**United States District Court at Las Vegas, Nevada. August 7, 2024, Term.**

**Regular Grand Jury 24-01**

| CASE NUMBER | PARTIES | CAUSE | AGENCY | STATUS |
|---|---|---|---|---|
| 2:25-cr-00268-CDS-MDC | | | | |
| DJC | SEALED<br>1 DEFENDANT | 18/933(a)(2)<br>18/922(g)(5)(A)<br>and 924(a)(8) | ATF | WARRANT |
| 2:25-cr-00269-RFB-BNW | | | | |
| DJC | SEALED<br>4 DEFENDANTS | 18/922(a)(1)(A),<br>923(a), 924(a)(1)(D)<br>and 2<br>18/922(a)(6)<br>and 924(a)(2)<br>18/922(a)(6)<br>924(a)(2) and 2 | ATF | |

DEFENDANTS 1, 2 and 3 WARRANT
DEFENDANT 4 SUMMONS

I/A & A/P, Wednesday, September 17, 2025, at 2:30 p.m., Courtroom 3D, EJY

FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD
SEP - 3 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY