**MICHAEL A. TROIANO, ESQ.,**
Nevada Bar No. 11300
**THE LAW OFFICE OF MICHAEL A. TROIANO**
600 South 8th Street
Las Vegas, NV 89101
(702) 843-5500
(702) 843-5501 (fax)
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS ALBERTO OSORIO,<br><br>Defendant. | Case No: 2:25-cr-00269-RFB-BNW |

**NOTICE OF FILING LETTERS OF SUPPORT IN SUPPORT OF DEFENDANT'S RELEASE**

COMES NOW the Defendant, LUIS ALBERTO OSORIO, by and through his attorney, MICHAEL A. TROIANO, ESQ., and hereby submits this Notice of filing Letters of Support in connection with the Court's consideration of Defendant's release.

Submitted herewith are the following letters:

1. Letter from Rev. Nehru Stephen Savarayia – Pastor at St. John Bosco Catholic Church;
2. Letter from James Kikumoto – Friend and Football Coach Colleague;
3. Letter from Julio Martinez – Father in Law;
4. Letter from Arturo Anguiano – Brother in Law;
5. Letter from Sonya Martinez – Sister in Law;
6. Letter from Tad Huerta – Cousin;
7. Letter from Miriam Gonzalez – Friend;

8. Letter from Sergio Hernandez – Friend;

9. Letter from Frank Lorenzo Chaves – Friend;

10. Letter from Nicole Rosales – Friend and,

11. Letter from Lisa Farnsworth – Friend.

WHEREFORE, Defendant respectfully requests that this Honorable Court consider the attached letters attesting to Defendant's character, community ties, and other relevant factors which support this request for release of Defendant, LUIS ALBERTO OSORIO.

DATED this 24th day of September, 2025.

LAW OFFICE OF MICHAEL A. TROIANO

*/s/ Michael A. Troiano, Esq.*

**MICHAEL A. TROIANO, ESQ.**
Nevada Bar No. 11300
600 South 8th Street
Las Vegas, NV 89101
(702) 843-5500

**CERTIFICATE OF ELECTRONIC SERVICE**

I certify that on the 24th day of September, 2025, service of the above and foregoing **NOTICE OF FILING LETTERS OF SUPPORT IN SUPPORT OF DEFENDANT'S RELEASE** was made by electronically filing a true and correct copy of the same to each party addressed as follows:

Dan Cowhig
Assistant United States Attorney, District of Nevada
daniel.cowhig@usdoj.gov

*/s/ Veronica Pacheco*
An employee of
THE LAW OFFICE OF MICHAEL A. TROIANO

# St. John Bosco Catholic Church

384 S. Reese Street
Battle Mountain, Nevada 89820
Office 775-635-2576 Fax 775-635-5729




September 19, 2025

Your Honor:

I am writing this letter to inform you that Luis Alberto Osorio has being a member of this church for around 25 years now. Luis has exhibited a strong moral character by attending and participating in Sunday Masses and is a generous donor to this Parish. We are very blessed to witness his dedication, and willingness to help our church.

Please feel free to contact us at stjboscosm@hotmail.com if you have any questions.

Sincerely,

Rev.Nehru Stephen Savarayia
Pastor

## Character Reference Letter for Luis Osorio

To Whom It May Concern:

I am writing this letter in support of Mr. Luis Osorio, whom I have had the privilege of knowing for approximately 16 Years. Luis & I both currently coach a football team together even though he doesn't have any of his kids on team. Luis genuinely has great intentions of supporting kids in our community by dedicating his personal time to mentoring these kids to be successful. Luis has always been a family-orientated father, always putting his family first with any decisions he makes. It is my intention to provide a professional and truthful account of his character for your consideration.

Throughout my acquaintance with Mr. Osorio, he has consistently demonstrated honesty, integrity, and a strong sense of responsibility. He is a respectful, hardworking, and dependable individual who upholds his commitments and values the trust placed in him. Mr. Osorio is known to be considerate of others, law-abiding, and dedicated to both his personal and professional responsibilities.

In my interactions with him, I have observed that he approaches challenges with maturity and sound judgment. He has exhibited qualities of leadership, respect for authority, and genuine concern for the well-being of others. These attributes speak to his good moral character and his positive contributions to the community.

It is my firm belief that Mr. Osorio is a person of upstanding character and should be regarded as such in any legal matter under review. I respectfully request that the court take this reference into consideration when evaluating his case.

Thank you for your attention to this letter.

Respectfully,

______________________

James Kikumoto
Health & Safety Manager, Harris Exploration
James.kikumoto@harrisexploration.com
(775) 397-6462

Julio Martinez
745 Lonnie Lane Winnemucca, NV
7753044524

09/22/2025

Your honor,

Luis Osorio my son in-law is the kind man that he was shown that God comes first in his life with that being said . That made him the kind of that is loved and respected by friends and loved ones. His a person that always puts other first himself last. He's involved with the community in sports with his daughter nephews coaches. He's the kind of person and man that's around always. In family events always try to bring his family together and everyone around him his love and miss by his loved ones. He's very hard-working from the first I met him. He's always been a respectful person with everyone, courteous to others and helpful to whom always in need of help. He is a hard-working man between him and his partners started a company from the ground up with a lot of sacrifice hard work.. always goes to church every Sunday he's a man of prayer comes from a family of God that serves God, and with that being said show him how a man of God should be responsible, hard work love you, peaceful person, love to others and compassion. He may look like he's a serious person. Behind that look, he's a loving person that puts family first cares for them and is always attentive to their needs to his daughter to his wife and friends and loved ones.

I pray That the people that are in charge of able to give him the peace and freedom this letter reaches them may God touch their hearts and have mercy, his daughter, his wife, his father and mother and his friends miss him very much God teaches us to forgive, and to have mercy on others so with this being said I beg for the courts mercy and freedom for Luis Osorio

Sincerely,

Julio Martinez

Arturo Anguiano Jr
1675 S Bridge St
Winnemucca NV 89445
1(480) 220-8852

9/23/2025

Your Honor,

Luis Osorio is my brother in law and I have known him for almost a decade now and he has always welcomed me and my family even though it's hard to get together because of our work schedules. He has offered me a job with his company during the hard times of Covid to help me provide for my family. He has become part of our family we all care for. Christmas is always held at his house with open arms never letting us stay at a hotel. He's always going out of his way to help someone out, he's let us borrow his truck because we don't have one and delivered our water heater 128 miles away from his home, always asking to see if we need anything from Elko when he's coming into Winnemucca because our small town is limited to things Elko has.

Apart from my family he helps out with his nephews sports teams coaching and sponsoring when he can. He goes to church most Sundays and is part of the sermon there at his church. Luis is one of the most humble, caring, hard working person that I am glad to have in our family. If he needed somewhere to stay he and his family would always be welcome in my house the same way he has always welcomed me and my family.

Luis should be allowed bail because he is a big part of our life's and not only mine he has is own with a very young daughter and wife that probably can't imagine being without him, they rely on him for everything he is their livelihood.

Respectfully yours,

Arturo Anguiano Jr

Sonya Martinez
1675 S. Bridge Street Winnemucca, NV
4808813509

Your Honor,

I am writing this in behalf of Luis Osorio. I have known Luis for about 10 years now through my sister. We have had many fun and memorable times when all the family comes together. To the effort he puts into the kids in his life that are not biologically his, he treats them like they were his own. He has always came across so seriously but he definitely has a goofy side that keeps us all laughing.

Even though I do not understand the severity of the situation Luis is in I will do anything to help my brother in-law.

The years that I have known Luis he has shown he is a very family oriented man and always puts people before anything. Luis has always been so selfless and is definitely one of the most humble person I have met. He always goes out of his way for his family and his business. I strongly believe Luis would never intentionally hurt anyone.

I ask your honor that you give grace to Luis. He is a great Fiancé and father that his family needs present.

Sincerely,

Sonya Martinez

Character Letter Outline
Tad Huerta
42339 Road 114, Dinuba CA 93618
(559)356-2314

September 23, 2025

RE: Luis Osorio

Your Honor,

I hope this letter finds you well. I am writing this letter in regards to a personal matter involving my cousin Luis Osorio. Luis and I are more like brothers than cousins. For myself, growing up in a low income, single mother household with five siblings was difficult to say the least. I spent my most memorable summers as a child and teen in Nevada, growing up side by side with Luis. We shared, we fought, we learned from one another. I got to witness a different way of life spending my early summers in Nevada.

Growing up in the small town of Dinuba can be a blessing and a curse all in one, depending on one's circumstances. Knowing my circumstances, I can honestly say growing up with Luis was my saving grace. From a young age I looked up to Luis and he always made sure I stayed on the right path. My Sundays during the summer were spent in church with my Nevada family. Sometimes I would show up with three changes of clothes, but that didn't matter because every year I left with so much more. If it weren't for my family in Nevada, I am not sure how my life would have turned out. All year, my summer trip was my motivation to stay out of trouble. My mother made it quite clear, once I started misbehaving, my trips to visit my cousins would be a thing of the past.

I understand the severity of this case and I am willing to help in any way possible. I am from California; however, if the opportunity presented itself, I could offer housing or a job if Luis ever needed to relocate.

I can say I have known Luis my whole life and I can attest to his strength of character, passion for life, and loyalty to those around him. Luis is a natural born leader, motivating those around him in both his actions and words. Whether in the workplace, community, or amongst his peers, he has earned respect through his honesty, fairness and ability to guide others. Luis values hard work, accountability and respect for others. Luis is the kind of person who can always be counted on in times of need. After my sister passed away, Luis made it a point to help in every way possible, even though his presence during that difficult time would have been enough. Luis does not hesitate to step forward and offer his support whether it's family, friends, or strangers.

Your honor, I whole-heartedly stand behind Luis remaining out on bail. His selfless nature combined with his love for his family, faith and community speak of the values that guide his

life. If given this opportunity, he will use it wisely, spending time with his daughter, making arrangements for his business and preparing for whatever his future may look like.

Respectfully yours,

Tad Huerta

Miriam Gonzalez
125 Illipah Lane
Battle Mountain, NV 89820
775-455-5350

Your honor,

This letter is regarding Luis Osorio. I have known Luis since we were very young kids. We grew up in a very small town where we all know each other. He was a few years ahead of me in school, and he graduated my sophomore year. His mom became my Godmother that year as I went through the sacrament of Confirmation through the Catholic church. I did not see him very often after his graduation because he had gone off to college, but it was always great to see him when we did cross paths even if he always seemed so serious.

I started working with Luis almost five years ago. I came into this business knowing very little, and anytime I had a question regarding parts or how something worked, he always would help. I learned a lot of the terminology thanks to Luis, making my job easier to understand. He was never bothered by any question I had when it came to how certain things worked.

Luis had been friends with my ex-partner before I joined the company. When my ex-partner passed in October of 2021, Luis was one of the first people I called. He answered his phone without any hesitation and immediately offered all his support. He told me if there was anything I needed to let him know. He was a great support in those difficult moments, not just for me, but for my daughter Cynthia as well.

If there has been any moment that I have been sick or even Cynthia has been sick, he has always been understanding. He has given me the opportunity to work from home in those moments to be able to take care of myself or my daughter. I couldn't be more grateful for him.

In the almost five years that I have spent countless work hours alongside Luis, I have come to find a friend who is willing to give a hand to any person in need. A friend who may seem to be a very serious person but is one of the biggest jokesters I know. I have a boss who is also a friend, and we spend time outside of work together for family events they organize. Luis has become a person who I can depend on when I have needed the most help.

We have spent time in the same church growing up, and I continue to know him as a man of faith. I know him to be a believer. I understand the charges he may be facing, but my opinion of Luis will remain the same. I have seen him become a great dad and boyfriend during the last few years, but I know that he is also a great friend and man.

Sincerely,

Miriam Gonzalez

Sergio Hernandez

5190 Marla Drive

775-625-0085

9/19/2025

Johan and Luis Osorio

Your Honor,

I am writing this letter on behalf of my close friends, Johan and Luis Osorio, whom I have had the privilege of knowing for the past 13 years. Over this time, they have become more friends to me—I consider them my brothers. I fully understand the circumstances they are currently facing, and I want to express my willingness to support them in any way possible.

I began working at the Phoenix Mine site on March 19, 2012, and Johan and Luis were the first mechanics I had the opportunity to work with. During the three years we spent side by side, I learned many valuable traits from them that helped me grow into a successful Mill Mechanic. They often reminded me that if you believe in yourself, you can achieve anything, and not to be discouraged by those who may want to see you fail.

I witnessed both Johan and Luis develop into outstanding Mill Mechanics, which ultimately led them to take the initiative of starting their own maintenance company, Lynx. Even after establishing their business, they continued to return to Phoenix to assist with mill outages. Through these experiences, I met many of their employees, who consistently spoke of Johan and Luis's honesty, transparency, and willingness to take the extra step to help others without hesitation.

Beyond their work, Johan and Luis have made a meaningful impact on the community. Whether through coaching football, baseball, or basketball, they have always found time to give back and guide the younger generation. Both children and adults in our community value their presence and enjoy being around them.

I strongly believe that Johan and Luis are not a threat to the community; if anything, they are a positive influence. They embody qualities of integrity, leadership, and compassion that extend far beyond the workplace.

Thank you for your time and consideration in reviewing my letter.

Respectfully,

Sergio Hernandez,

Frank Lorenzo Chaves

288 W Fir St Elko, NV

775-401-4089

Your Honor,

I have had the pleasure to call Luis a great friend of mine for the past 5 years. I got to know Luis by coaching his nephew in T ball. Outside of coaching together on/off over years we have also been able to share the mountain together and hunt with each other as much as we can. We have had bbq's, play dates with our kids at the park, etc. Luis takes care of my children as if they were his own. Luis is someone I can call for a favor and he would stop what he's doing to come help me.

I understand there is an issue with Luis, which is why I am writing this letter. I don't know the severity of the entire situation but if there was something I could do for him when he's out, I would gladly help in any way possible. Whether that was a home for him to stay, an ear for him to talk, etc.

Throughout our friendship Luis has consistently demonstrated kindness, empathy, and strong long for his family and friends. I strongly believe that Luis would never intentionally harm or wrong others. Countless times I have seen Luis express his love for his wife, kids, family and friends. He is a very selfless person.

I understand that the accusations against Luis must be thoroughly investigated, and I trust that the truth will come out. In the meantime, I want to assure you that Luis is a good person who deserves the benefit of the doubt. If you require any additional information, please don't hesitate to contact me. I am more then to provide any support to Luis that might be of help.

Sincerely,

Frank Lorenzo Chaves

To Whom it may Concern,

I have known the twins (Johan & Luis) since kindergarten. We are a small town, and who you started school with you usually graduated with, and that I did. From playing in the sandbox, learning to play the recorder, being one of the only girls they would pick to be on their football team during recesses, and being the first two humans to buy my daughter her first pair of earrings, I built a friendship that turned into family.

I got pregnant in high school at the end of our junior year. I had missed so many days due to sickness, when it had finally come out Johan and Luis were the first ones to call me and ask me why I didn't tell them, not because they were wanting to be nosey but because I knew they cared. They were 2 of my friends who didn't stop talking to me when the news came out. They constantly checked on me throughout my whole pregnancy. They stood up for me when people were negative. They held my daughter during classes and nutrition break to help me out, my daughter liked Luis more as he was a lot quieter and more reserved. I was truly thankful for them and their help. At a young age it showed their love for friends and family.

Luis has always been the quieter laid back one, and the older he got the more he came out of his shell. Luis is a caring loving father who I know as his daughter grows, he will be right there with her being involved in everything she endures. He has made such a beautiful family.

As they have got older and started a successful business, I have seen the men they have become. They aren't two little boys who know one could tell apart but some, to having and created beautiful families.

They have created great partnerships with the communities through work and show great leadership, in stepping in and helping and volunteering their time. They are some of the kindest caring people I have known for this long and haven't changed from that, always willing to help as much as they can regardless of who you may be.

Thank you for your time, Nicole Rosales 775-455-6923

September 19, 2025

To Whom it may concern:

My name is Lisa Farnsworth, and I have had the privilege of knowing Luis Osorio for over 15 years. I write this letter with the utmost respect to share my perspective on Luis's character and the positive impact he has made on his family, community, and those around him.

Luis is a devoted father and family man whose top priority has always been providing for and guiding his family with love, responsibility, and integrity. He has also dedicated significant time to coaching youth sports, serving as a mentor and role model to countless young athletes. Through his coaching, Luis has taught valuable lessons about teamwork, respect, and perseverance—skills that help shape not only good players but good people.

Professionally, Luis is a hardworking businessman who has earned the respect of colleagues and community members through his honesty, reliability, and work ethic. He is known for being someone people can count on—both in business and in personal relationships.

In the many years I have known him, I have always found Luis to be a man of integrity, compassion, and strong moral character. I truly believe he is committed to doing what is right and contributing positively to his family and community.

Thank you for taking the time to consider my perspective. I respectfully ask that you take into account the many ways Luis has shown himself to be a responsible, caring, and trustworthy individual.

Sincerely,

*Lisa Farnsworth*

Lisa Farnsworth 775-374-0570


SPORTS





