NICHOLAS M. WOOLDRIDGE
Nevada State Bar No. 8732
WOOLDRIDGE LAW, LTD.
300 S. 4th Street Ste 950
Las Vegas, NV 89101
Telephone: (702) 330-4645
Facsimile: (702) 359-8494
nicholas@wooldridgelawlv.com
Attorney for Johan Sebastian Osorio

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>vs.<br><br>JOHAN SEBASTIAN OSORIO<br>Defendant. | Case No. 2:25-cr-00269-RFB-BNW<br><br>**DOCUMENTS IN SUPPORT DETENTION HEARING**<br><br>**Hearing 09/24/2025 at 2:30 pm** |

Attached hereto as Exhibit A are documents in support of the detention hearing.

Dated this 24th day of September, 2025.

Respectfully Submitted,

*/s/ Nicholas M. Wooldridge*

Nicholas Wooldridge
Wooldridge Law Ltd
300 S. 4th Street Ste 950
Las Vegas, NV 89101
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, I served the foregoing Documents in Support Detention hearing to the parties below:

Daniel Cowhig
Daniel.Cowhig@usdoj.gov

Andrew Keenan
Andrew.Keenan@usdoj.gov

*/s/ Melody Phommaly*
An Employee of Wooldridge Law Ltd.

# EXHIBIT A

EXHIBIT A

Miriam Gonzalez
125 Illipah Lane
Battle Mountain, NV 89820
775-455-5350

Your Honor,

This letter is regarding Johan Osorio. I have known Johan since we were young kids. We grew up in the same town. We went to school together even though he was a few years ahead of me. His mom became my Godmother when I went through my Confirmation my sophomore year. I have been super close to his family ever since. We did lose track of time and wouldn't see each other very often after his graduation as he went off to college, but any moment we came crossed paths, it was always a great pleasure to see him.

Johan has always been very outgoing and a great friend. He knew my ex-partner at the time, and they were friends as well. They would occasionally get together in Reno to enjoy a night out. When my ex-partner passed away in October of 2021, Johan was one of greatest supports along with his wife Hannah. I don't think I could have survived those first few months if it hadn't been for the support that I received from them. Up to this day, they have been the greatest support system that I have, especially when it comes to anything involving my daughter Cynthia.

I have been working alongside Johan for five years now in October of this year. I have come to not only grow as an employee, but I have been able to create a great friendship with an amazing person, who is also my employer. Thanks to Johan, I have been able to learn so much about an industry that I knew nothing about. He has allowed me to grow in his company, and I have learned and continue to learn thanks to the opportunities he has given me.

My daughter also has a special bond with Johan and Hannah. Johan has helped her in her sports and showing her proper techniques in softball. She has also chosen them to be her Godparents, as she is now preparing to receive her sacrament of the First Communion through our church. He has become an important man figure in her life especially after she lost her dad.

I have always known Johan to be a religious man, and we both grew up going to the same church. I know he continues in his faith as his oldest son has gone through his sacrament of the First Communion. He ensures they go to church and that they understand that importance of our faith. I understand what he is facing at this moment, but my opinion of Johan will not change as I know him to be a good man, father, husband, and friend.

Sincerely,

Miriam Gonzalez

Sergio Hernandez

5190 Marla Drive

775-625-0085

9/19/2025

Johan and Luis Osorio

Your Honor,

I am writing this letter on behalf of my close friends, Johan and Luis Osorio, whom I have had the privilege of knowing for the past 13 years. Over this time, they have become more friends to me—I consider them my brothers. I fully understand the circumstances they are currently facing, and I want to express my willingness to support them in any way possible.

I began working at the Phoenix Mine site on March 19, 2012, and Johan and Luis were the first mechanics I had the opportunity to work with. During the three years we spent side by side, I learned many valuable traits from them that helped me grow into a successful Mill Mechanic. They often reminded me that if you believe in yourself, you can achieve anything, and not to be discouraged by those who may want to see you fail.

I witnessed both Johan and Luis develop into outstanding Mill Mechanics, which ultimately led them to take the initiative of starting their own maintenance company, Lynx. Even after establishing their business, they continued to return to Phoenix to assist with mill outages. Through these experiences, I met many of their employees, who consistently spoke of Johan and Luis's honesty, transparency, and willingness to take the extra step to help others without hesitation.

Beyond their work, Johan and Luis have made a meaningful impact on the community. Whether through coaching football, baseball, or basketball, they have always found time to give back and guide the younger generation. Both children and adults in our community value their presence and enjoy being around them.

I strongly believe that Johan and Luis are not a threat to the community; if anything, they are a positive influence. They embody qualities of integrity, leadership, and compassion that extend far beyond the workplace.

Thank you for your time and consideration in reviewing my letter.

Respectfully,

Sergio Hernandez,

# St. John Bosco Catholic Church

384 S. Reese Street
Battle Mountain, Nevada 89820
Office 775-635-2576 Fax 775-635-5729



September 19, 2025

Your Honor:

I am writing this letter to inform you that Johan Sebastian Osorio has being a member of this church for around 25 years now. Johan has exhibited a strong moral character by attending and participating in Sunday Masses and is a generous donor to this Parish. We are very blessed to witness his dedication, and willingness to help our church.

Please feel free to contact us at stjboscosm@hotmail.com if you have any questions.

Sincerely,

Rev.Nehru Stephen Savarayia
Pastor

Frank Lorenzo Chaves

288 W Fir St Elko, NV

775-401-4089

Your Honor,

I have had the pleasure to call Johan a great friend of mine for the past 6 years. We got to know each other our sons first year in T ball. Johan had asked me if I wanted help coaching the team and I happily said yes. Outside of coaching together over 6 years we have also been able to share the mountain together and hunt with each other as much as we can. Our children have become great friends, they've had multiple sleepovers at Johan's home. Johan takes care of my children as if they were his own. Johan is someone I can call for a favor and he would stop what he's doing to come help me.

I understand there is an issue with Johan, which is why I am writing this letter. I don't know the severity of the entire situation but if there was something I could do for him when he's out, I would gladly help in any way possible. Whether that was a home for him to stay, an ear for him to talk, etc.

Throughout our friendship Johan has consistently demonstrated kindness, empathy, and strong long for his family and friends. I strongly believe that Johan would never intentionally harm or wrong others. Countless times I have seen Johan express his love for his wife, kids, family and friends. He is a very selfless person.

I understand that the accusations against Johan must be thoroughly investigated, and I trust that the truth will come out. In the meantime, I want to assure you that Johan is a good person who deserves the benefit of the doubt. If you require any additional information, please don't hesitate to contact me. I am more then to provide any support to Johan that might be of help.

Sincerely,

Frank Lorenzo Chaves

## Character Reference Letter for Johan Osorio

To Whom It May Concern:

I am writing this letter in support of Mr. Johan Osorio, whom I have had the privilege of knowing for approximately 17 Years. Johan & I both currently coach a football team our kids play on. Johan genuinely has great intentions of supporting kids in our community by dedicating his personal time to mentoring these kids to be successful. Johan has always been a family-orientated father, always putting his family first with all the decisions he makes. It is my intention to provide a professional and truthful account of his character for your consideration.

Throughout my acquaintance with Mr. Osorio, he has consistently demonstrated honesty, integrity, and a strong sense of responsibility. He is a respectful, hardworking, and dependable individual who upholds his commitments and values the trust placed in him. Mr. Osorio is known to be considerate of others, law-abiding, and dedicated to both his personal and professional responsibilities.

In my interactions with him, I have observed that he approaches challenges with maturity and sound judgment. He has exhibited qualities of leadership, respect for authority, and genuine concern for the well-being of others. These attributes speak to his good moral character and his positive contributions to the community.

It is my firm belief that Mr. Osorio is a person of upstanding character and should be regarded as such in any legal matter under review. I respectfully request that the court take this reference into consideration when evaluating his case.

Thank you for your attention to this letter.

Respectfully,

______________________

James Kikumoto
Health & Safety Manager, Harris Exploration
James.kikumoto@harrisexploration.com
(775) 397-6462


NY


HOYT
84










RED SOX


YOUTH
SPORTS
UNDER




MINOR RED SOX
ELKO LITTLE LEAGUE, 2024
TEAM MVP
London Osorio


COACH
OSORIO
84
CHAVES
22
24


DAVE STOUT FIELD
HOME
GUEST
WOLFPACK
WOLFPACK
94


Drillers